## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

North Central Companies, Inc.,

    Plaintiff,

vs.

Industrial Filter & Pump Mfg. Co.,

    Defendant.

Civil No.: 08-2569 (RHK/FLN)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Stipulation of Dismissal Without Prejudice filed by Plaintiff and Defendant, **IT IS ORDERED** that the above-entitled matter is herewith dismissed by all parties, without prejudice, and without costs or disbursements being assessed or charged to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  July 21, 2008

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge